**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6866**

GREGORY ALAN ADAMS, JR.,

              Plaintiff - Appellant,

        v.

NEW HANOVER COUNTY DETENTION FACILITY; TRINITY FOOD SERVICE,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (5:16-ct-03020-D)

Submitted:  November 16, 2017                    Decided:  November 21, 2017

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory Alan Adams, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Alan Adams, Jr., appeals the district court's order denying his motions to amend his previously dismissed complaint and to compel the production of certain documents. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adams v. New Hanover Cty. Det. Facility*, No. 5:16-ct-03020-D (E.D.N.C. June 30, 2017). We further deny Adams' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*